Filed 2/9/26  P. v. Marsaw CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>TYRONE MONZEL MARSAW,<br><br>    Defendant and Appellant. | 2d Crim. No. B345167<br>(Super. Ct. No. 24CR05925)<br>(Santa Barbara County) |

Tyrone Monzel Marsaw was charged with attempted second degree robbery (Pen. Code, §§ 664/211)[1] and assault by means of force likely to produce great bodily injury (§ 245, subd. (a)(4)).  A 2023 conviction for criminal threats was alleged as a prior serious felony conviction and "strike."  (§§ 667, 1170.12.)

Appellant filed a motion for mental health diversion pursuant to section 1001.36 but later asked the trial court to defer it pending plea agreement discussions.  Appellant's motion

---

[1] All further statutory designations are to the Penal Code.

to replace trial counsel was denied. After defense counsel declared a doubt regarding appellant's competency to stand trial (§ 1368), appellant was examined by two psychologists and was ultimately found competent by the trial court.

Appellant subsequently waived his trial rights, pleaded guilty to the attempted robbery charge, and admitted the "strike" allegation. The trial court struck the "strike" prior and sentenced appellant to state prison for the low term of 16 months.

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief that raises no arguable issues. On October 1, 2025, we notified appellant by mail that he had 30 days within which to personally submit any contentions or issues he wished us to consider. No supplemental brief was filed.

Appellant approached a woman on the street and asked if she had any marijuana. The woman said she had a "joint" and offered to sell it to appellant for $10. Appellant punched the woman and attempted to take her backpack but was stopped when bystanders intervened.

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436.)

*Disposition*

The judgment is affirmed.

2

NOT TO BE PUBLISHED.

YEGAN, Acting P. J.

We concur:

BALTODANO, J.

CODY, J.

Jean M. Dandona, Judge

Superior Court County of Santa Barbara

_____

     Jennifer Peabody, Executive Director, Richard B. Lennon, Staff Attorney, under appointment by the Court of Appeal, for Defendant and Appellant.

     No appearance by Respondent.